UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:17-cr-12-FtM-38CM

ROBERTO CARLOS CARRERA-MERINO

---

**ORDER**

This matter comes before the Court on Motion for Advance Sentencing Date (Doc. #31) filed on September 19, 2017. Counsel moves the court to advance the sentencing date currently set for October 16, 2017. As grounds, counsel indicates the defendant has been in custody since June 23, 2017 for the charges in the indictment. According to the Presentence Report, the defendant will face an advisory guideline range of 0-6 months. As such, counsel seeks to move the sentencing date up to permit the court to consider a sentence that would not require defendant's incarceration to the current sentencing date. The Government does not object.

Accordingly, it is now **ORDERED:**

Motion for Advance Sentencing (Doc. 31) is **GRANTED**. The sentencing will be rescheduled to October 4, 2017 at 9:45 AM. The clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this September 21, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record